IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | | |
|---|---|---|
| M.D.A. | : | No. 96 MM 2017 |
| v. | : | |
| R.C.J. | : | Court of Common Pleas of Chester County |
| | : | In Custody Docket No. 2009-13676 |
| | : | In Support Docket No. 005351N2016 |
| R.C.J. | : | |
| v. | : | |
| M.D.A. | : | |

## O R D E R

AND NOW, this 23RD day of June, 2017, The Honorable Ann Marie Wheatcraft of the Court of Common Pleas of Chester County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.C.P. 1006(d)(2), it is

ORDERED that said case shall be transferred to Delaware County in compliance with Pa.R.C.P. 1006.

_____
Chief Justice